**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00014-REB-01

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  MIGUEL ANGEL PARRA,

     Defendant.

---

# MINUTE ORDER[1]

---

On May 30, 2012, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter.  After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1.  That on **June 28, 2012**, commencing at 2:00 p.m., the court shall conduct a change of plea hearing in this matter; and

2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated:  May 30, 2012

---

[1]  This minute order is issued pursuant to the express authority of the Honorable Robert E.  Blackburn, United States District Judge for the District of Colorado.