IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 12-cr-00014-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL ANGEL PARRA,

    Defendant.

## MINUTE ORDER[1]

    On June 28, 2012, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with the parties and with their consent,

    **IT IS ORDERED** as follows:

    1. That on **July 11, 2012**, commencing at 1:30 p.m., the court shall conduct a change of plea hearing in this matter; and

    2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: June 28, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.