**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00014-REB-02

UNITED STATES OF AMERICA,

 Plaintiff,

v.

2. EFRAIN ONTIVEROS-RODRIGUES

 Defendant.

## MINUTE ORDER[1]

 On June 29, 2012, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with the parties and with their consent,

 **IT IS ORDERED** as follows:

 1. That on **July 12, 2012**, commencing at 2:00 p.m., the court shall conduct a sentencing hearing in this matter; and

 2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

 Dated: June 29, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.